IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 4:18CR3034 |
| vs. | ORDER |
| ANWAR A. HUNT, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's Unopposed Motion to Continue Sentencing (filing 127) is granted.

2. Defendant Anwar A. Hunt's sentencing is continued to May 9, 2019, at 10:30 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 28th day of January, 2019.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Chief United States District Judge